[No. 14333.   Department One.   January 9, 1918.]

JOHN N. PERKINS, *Appellant*, v. JOSEPH SILVER et al., *Respondents.*[1]

Appeal from a judgment of the superior court for King county, Tallman, J., entered January 31, 1917, upon findings in favor of the defendants, in an action for equitable relief, tried to the court. Affirmed.

*John C. Kleber*, for appellant.
*S. H. Kelleran*, for respondents.

PARKER, J.—The plaintiff, Perkins, seeks a judgment decreeing him to be the owner of a one-sixth interest in certain mining claims the legal title to which stands in the name of the defendants.   Trial in the superior court upon the merits resulted in judgment dismissing the plaintiff's complaint and decreeing him to have no interest in the mining claims.   From this disposition of the cause, the plaintiff has appealed.

A careful reading of the record convinces us that there is no question here presented worthy of serious consideration, other than a question of fact as to whether or not appellant has complied with the agreed conditions upon the performance of which he was to acquire his claimed interest in the mining claims.   We think it would serve no useful purpose to discuss the facts in detail.   The trial court's conclusion rests upon conflicting oral evidence.   We deem it sufficient to say that we cannot see our way clear to disturb the judgment.   It is therefore affirmed.

ELLIS, C. J., FULLERTON, MAIN, and WEBSTER, JJ., concur.

[1]Reported in 169 Pac. 647.